# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILLY JOHNSON, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | C.A. No.:_____ |
| SAN JACINTO COLLEGE, § | |
| § | |
| Defendant. § | |
| § | |
| § | |

## INDEX OF EXHIBITS

Exhibit A:   Plaintiff's Original Petition (May 20, 2019);

Exhibit B:   Waiver of Service of Citation (July 9, 2019);

Exhibit C:   Defendant's Original Answer (July 12, 2019);

Exhibit D:   Docket Control Order (September 9, 2019);

Exhibit E:   Motion to Withdraw and Substitution of Counsel (March 5, 2020);

Exhibit F:   Order on Motion to Withdraw and Substitution of Counsel (March 9, 2020);

Exhibit G:   Joint Motion for Continuance (May 30, 2020);

Exhibit H:   Order Granting Joint Motion for Continuance (June 2, 2020);

Exhibit I:   Plaintiff's First Amended Petition (August 1, 2020);

Exhibit J:   Defendants First Amended Answer and General Denial to Plaintiff's Amended Complaint (August 21, 2020);

Exhibit K:   Copy of Civil Docket Sheet in Cause No. 2019-34964;

Exhibit L:   List of Parties and Counsel.