# EXHIBIT B

7/9/2019 5:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 34994798
By: JESSICA MOIR
Filed: 7/9/2019 5:28 PM

CAUSE NO. 2019-34964

| | | |
|---|---|---|
| BILLY JOHNSON, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § § § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| SAN JACINTO COLLEGE, | § § § | |
| *Defendant*. | § § § | 215th JUDICIAL DISTRICT |

## WAIVER OF SERVICE OF CITATION

To:  Counsel for Plaintiff Billy Johnson

I represent San Jacinto College ("Defendant"). I have received your request to waive service of citation in this action along with a copy of the Petition.

Pursuant to Texas Rules of Civil Procedure Rule 119, Defendant agrees to save the expense of serving a citation in this case.

Defendant agrees to accept service but it expressly reserves the right to assert all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of this action.

I understand and agree that Defendant must file and serve an answer or other responsive pleading on or before 10:00 a.m. on the Monday next after the expiration of twenty days after **June 20, 2019**, the date when this request was sent. If Defendant fails to do so, a default judgment will be entered against the Defendant.

*Lisa Brown*
Lisa A. Brown

STATE OF TEXAS          §
COUNTY OF HARRIS     §

Subscribed and sworn to before the undersigned notary public, by LISA BROWN on this 26th day of June, 2019 to which witnessed by hand of seal of office.



LINDA PRICE
784967
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 19, 2022

*Linda Price*
Notary Public for the State of Texas
My Commission Expires: 5/19/2022