# EXHIBIT D

9/4/2019 4:23 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36529452
By: Joshua Bovell
Filed: 9/4/2019 4:23 PM

CAUSE NO. 201934964

| | | |
|---|---|---|
| BILLY JOHNSON | § | IN THE DISTRICT COURT OF |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | 215TH JUDICIAL DISTRICT |
| SAN JACINTO COLLEGE | | |

# DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. 10/01/2019 **JOINDER**. All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2. 01/06/2020 **EXPERT WITNESS DESIGNATION**. Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f). Failure to timely respond will be governed by Rule 193.6.
   (a) Experts for parties seeking affirmative relief.
   (b) All other experts.

3. 02/10/2020 **STATUS CONFERENCE**. Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date. TIME;
   Failure to appear will be grounds for dismissal for want of prosecution.

4. **DISCOVERY LIMITATIONS**. The discovery limitation of Rule 190.2, if applicable, or otherwise or Rule 190.3 apply unless changed below.
   (a) Total hours per side for oral depositions.
   (b) Number of interrogatories that may be served by each party on any other party

5. 07/06/2020 **ALTERNATIVE DISPUTE RESOLUTION**.
   (a) By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR. If no agreement or objection is filed, the court may sign an ADR order.
   (b) ADR Conducted pursuant to the agreement of the parties must be completed by this date.

6. 06/01/2020 **DISCOVERY PERIOD ENDS**. All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve the request sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. Incomplete discovery will not delay the trial.

7. 08/03/2020 **DISPOSITIVE MOTIONS AND PLEAS**. Must be set for hearing or submission as follows:
   (a) Dispositive motions or pleas subject to an interlocutory appeal must be set by this date.
   (b) Summary judgment motions not subject to an interlocutory appeal must be set by this date.
   (c) Rule 166a(i) motions may not be set before this date.

8. **CHALLENGES TO EXPERT TESTIMONY**. All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

9. 08/3/2020 **PLEADINGS**. All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10. 09/7/2020 **DOCKET CALL**.
    Parties shall be prepared to discuss all aspects of trial with the court on this date. TIME:
    **9:00 AM** Failure to appear will be grounds for dismissal for want of prosecution.

11. 9/14/2020 **TRIAL**. If not assigned by the second Friday following this date, the case will be reset.

Signed

Signed:
9/9/2019

**Elaine H. Palmer**
**JUDGE, 215TH DISTRICT COURT**
**DATE GENERATED:**