# EXHIBIT E

3/5/2020 3:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 41426073
By: Joshua Bovell
Filed: 3/5/2020 3:56 PM

## CAUSE NO. 2019-34964

| | | |
|---|---|---|
| **BILLY JOHNSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **SAN JACINTO COLLEGE** | § | |
| | § | |
| **Defendant,** | § | **215TH JUDICIAL DISTRICT** |

### MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**To the Honorable Justice of Said Court:**

Comes now, Michelle Mishoe Miller, attorney of record for Plaintiff Billy Johnson, in the above entitled and numbered appeal, who files this Motion to Withdraw as Plaintiff's attorney and Substitution of Counsel for attorney Amanda Hernandez, and for such motion would respectfully show the Court the following:

Billy Johnson has been communicated with <u>in person</u> regarding this Motion. He can be reached at P.O. Box 368, Edna, Texas 77957. His telephone number is: (281) 691-3664. His email address is: billy1947j@gmail.com.

Plaintiff is unopposed to this Motion. Attorney Amanda Hernandez will substitute as Billy Johnson's counsel. Billy Johnson has agreed to this substitution of counsel.

Attorney Michelle Mishoe Miller is in agreement with this substitution. Attorney Amanda Hernandez was Of-Counsel in Ms. Miller's law firm and is well

aware of the facts and issues in this case.  She is fully able to handle this matter and is a capable and professional attorney.

The following settings remain:

| | |
|---|---|
| Discovery deadline: | 6/1/2020 |
| Alternative Dispute deadline: | 7/6/2020 |
| Dispositive Motions deadline: | 8/3/2020 |
| Trial setting: | 9/14/2020 |

## PRAYER

Wherefore, it is respectfully requested that the undersigned counsel be granted permission to withdraw as attorney of record for Plaintiff Billy Johnson and attorney Amanda Hernandez be substituted as his counsel.

Respectfully Submitted,

**MISHOE MILLER LAW, PLLC**

*/s/ Michelle Mishoe Miller*
Michelle Mishoe Miller
State Bar No. 24044991
4309 Yoakum Blvd.
Houston, TX 77006
Tel: 713-409-2719
Fax: 832-550-2073
Email: michelle.miller@mishoemillerlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 5, 2020, a true and correct copy of this  Motion to Withdraw and Substitution of Counsel has been forwarded to counsel of record for Defendant via electronic mail, facsimile, and/or U.S Mail.

THOMPSON &HORTON LLP
Christopher B. Gilbert
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6767
Facsimile: (713) 583-8884.
ATTORNEYS FOR DEFENDANT

*/s/ Michelle Mishoe Miller*
Michelle Mishoe Miller

## CERTIFICATE OF CONFERENCE

I certify that this Motion has been discussed with opposing counsel. Counsel for Defendant San Jacinto College, is unopposed to this Motion.

By: */s/ Michelle Miller*
Michelle Mishoe Miller