# EXHIBIT F

3/5/2020 3:56:44 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 41426073
By: BOVELL, JOSHUA J
Filed: 3/5/2020 3:56:44 PM

## CAUSE NO. 2019-34964

| | | |
|---|---|---|
| **BILLY JOHNSON,** | § | **IN THE DISTRICT COURT** |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **SAN JACINTO COLLEGE** | § | |
| | § | |
| Defendant, | § | **215TH JUDICIAL DISTRICT** |

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

ON THIS DAY, came to be considered Plaintiff Attorney Michelle Mishoe Miller's Motion to Withdraw and Substitution of Counsel.

After considering said Motion, the Court is of the opinion that said Motion should be GRANTED.

It is therefore, ORDERED that Attorney Michelle Mishoe Miller be WITHDRAWN from this matter and that attorney Amanda Hernandez be the substituted attorney.

SIGNED this the day of _____, 2020.

Signed:
3/9/2020    _____

Honorable District Court Judge