# EXHIBIT H

5/30/2020 8:48:56 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 43350714
By: BOVELL, JOSHUA J
Filed: 6/1/2020 12:00:00 AM

CAUSE NO. 2019-34964

| | | |
|---|---|---|
| BILLY JOHNSON | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| SAN JACINTO COLLEGE | § | |
| *Defendant*. | § | 215th JUDICIAL DISTRICT |

# ORDER GRANTING JOINT MOTION FOR CONTINUANCE

The Court has considered the Joint Motion to Continue the current docket settings. The Court, having reviewed the Motion, finds that the Motion should be and is hereby GRANTED.

It is therefore, ORDERED that the current Docket Control Order is struck, and the following deadlines are entered in this case:

  Discovery deadline:     September 4, 2020
  Alternative Dispute deadline:  October 9, 2020
  Dispositive Motions deadline: November 6, 2020
  Trial setting:       February __15__, 2021

A new Docket Control Order will / will not issue.

  SIGNED this ___ day of _____, 2020.

Signed:
6/2/2020

_____
Presiding Judge