# EXHIBIT K

**HCDistrictclerk.com**  JOHNSON, BILLY vs. SAN JACINTO COLLEGE  8/21/2020
Cause: 201934964    CDI: 7    Court: 215

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 91843310 | Defendant First Amended Answer and General Denial to Plaintiff's Amended Complain | | 08/21/2020 | 4 |
| 91553564 | Plaintiff's First Amended Petition | | 08/03/2020 | 10 |
| 90803617 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | | 06/02/2020 | 1 |
| 90758252 | Joint Motion FOr Continuance | | 06/01/2020 | 4 |
| ·> 90758253 | Proposed Order Granting Joint Motion For Continuance | | 06/01/2020 | 1 |
| 89875220 | ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | | 03/09/2020 | 1 |
| 89753253 | Motion To Withdraw And Substitution of Counsel | | 03/05/2020 | 3 |
| ·> 89753254 | Proposed Order on Motion To Withdraw And Substitution of Counsel | | 03/05/2020 | 1 |
| 88790522 | Defendant's Designation of Expert Witness | | 01/06/2020 | 4 |
| 87094278 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | | 09/09/2019 | 1 |
| 86970477 | Proposed Docket Control Order | | 09/04/2019 | 1 |
| 86398771 | DCA Generic Letter | | 07/30/2019 | 2 |
| 86142686 | Defendant's Original Answer and General Denial to Plaintiff's Original Complaint | | 07/12/2019 | 4 |
| 86092329 | Waiver of Service of Citation | | 07/09/2019 | 1 |
| 86093315 | Waiver of Service of Citation | | 07/09/2019 | 1 |
| 85347717 | Plaintiff's Original Petition and Request for Disclosures | | 05/20/2019 | 8 |
| ·> 85347718 | Civil Case Information Sheet | | 05/20/2019 | 1 |