# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | C.A. No.:_____ |
| SAN JACINTO COLLEGE, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## **PARTIES AND COUNSEL**

**Plaintiff Billy Johnson:**

Amanda C. Hernandez
AH Law, PLLC
5100 Westheimer, Suite 200
Houston, Texas 77056
(713) 588-4359
amanda@ahfirm.com

*Attorney for Billy Johnson*

**Defendant San Jacinto College**

Christopher B. Gilbert
Melissa Mihalick
Stephen Villarreal
Thompson & Horton LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
T: (713) 554-6744
F: (713) 583-7698
cgilbert@thompsonhorton.com
mmihalick@thompsonhorton.com
svillarreal@thompsonhorton.com

*Attorneys for San Jacinto College*