IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILLY JOHNSON, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | C.A. No.: 4:20-cv-02948 |
| SAN JACINTO COLLEGE, § | |
| § | |
| Defendant. § | |
| § | |
| § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW San Jacinto College, Defendant herein, and files this Notice of Appearance.

Melissa Mihalick, Thompson & Horton LLP, Phoenix Tower, Suite 2000, 3200 Southwest Freeway, Houston, Texas 77027, will serve as additional counsel of record on behalf of Defendant San Jacinto College.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
Christopher B. Gilbert
State Bar No. 00787535
Southern District No. 17283
Attorney-in-Charge

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Fax: (713) 583-7698
cgilbert@thompsonhorton.com

**ATTORNEYS FOR DEFENDANT SAN JACINTO COLLEGE**

**OF COUNSEL:**

Melissa A. Mihalick
State Bar No. 24045589
Southern District No. 808644

Stephen A. Villarreal
State Bar No. 24102609
Southern District No. 2996444

THOMPSON AND HORTON LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
mmihalick@thompsonhorton.com
svillarreal@thompsonhorton.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system on September 22, 2020:

> Amanda C. Hernandez
> AH Law, PLLC
> 5100 Westheimer, Suite 200
> Houston, Texas 77056
> Tel: (713) 588-4359
> amanda@ahfirm.com

　　　　　　　　　　　　　　　　　　　　 /s/ Christopher B. Gilbert
　　　　　　　　　　　　　　　　　　　　Christopher B. Gilbert