IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY JOHNSON<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Civil Action No. 4:20-cv-02948 |
| SAN JACINTO COLLEGE<br>    Defendant. | §<br>§<br>§ | |

## SCHEDULING ORDER

1. **MOTIONS TO JOIN NEW PARTIES OR TO AMEND**

    **PLEADINGS** will be filed by:                                            January 15, 2021

    Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will
   be named and a report furnished by:                                     January 4, 2021

3. **EXPERT WITNESSES** for the **defendant** will be
   named and a report furnished within 30 days of the
   deposition of the plaintiff's last expert, but not later than:       February 1, 2021

4. **DISCOVERY** must be completed by:                            March 1, 2021

    Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the court; no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed by:                      May 3, 2021

    Counsel requests that the Court set the deadline to respond to dispositive motions at 30 days after dispositive motions are filed.

6. **MEDIATION,** if appropriate, must be completed by:           July 30, 2021

7. **JOINT PRETRIAL ORDER** will be filed by:               September 17, 2021

    Plaintiff is responsible for filing the Pretrial Order on time.

    The **JOINT PRETRIAL ORDER** shall be filed on or before this date even if a motion

for continuance is pending. All MOTIONS IN LIMINE shall be submitted with Pretrial Order. **FAILURE TO TIMELY FILE A JOINT PRETRIAL ORDER WILL SUBJECT THIS CASE TO DISMISSAL WITH PREJUDICE** in accordance with all applicable rules.

8. The **PRETRIAL CONFERENCE** will be held at

   <u>2:00 pm</u> on this date:                                                                October ___, 2021

9. Any depositions to be considered at a bench trial shall be submitted to chambers at least five (5) days before trial.

10. A **TRIAL** is set for 9:30 a.m. on:                                                 October ___, 2021

    **ETT:** 3 day(s)

SIGNED at Houston, Texas, this ___ day of _____, 2020.

_____
**CHRISTINA BRYAN**
**UNITED STATES MAGISTRATE JUDGE**

AGREED:

*/s/ Amanda Hernandez*
Amanda Hernandez
State Bar No. 24064411
Southern District No. 1531045
Attorney-in-Charge
AH Law, PLLC
5100 Westheimer, Suite 200
Tel: (713) 588-4359
Fax: (281) 572-5370
amanda@ahfirm.com
*Counsel for Plaintiff*


*/s/ Melissa Mihalick*
Melissa A. Mihalick
State Bar No. 24045589
Southern District No. 808466
**THOMPSON & HORTON LLP**
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
713-400-1079
mmihalick@thompsonhorton.com
*Counsel for Defendant*

Christopher B. Gilbert
State Bar No. 00787535
Southern District No. 17283
Attorney-In-Charge
**THOMPSON & HORTON LLP**
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
713-554-6767
cgilbert@thompsonhorton.com
*Counsel for Defendant*

Stephen Villareal
State Bar No. 24102609
Southern District No. 2996444
**THOMPSON & HORTON LLP**
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
713-554-6767
svillareal@thompsonhorton.com
*Counsel for Defendant*