United States District Court
Southern District of Texas
**ENTERED**
October 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:20-cv-2948 |
| | § | |
| SAN JACINTO COLLEGE, | § | |
| | § | |
| *Defendant*. | § | |

## SCHEDULING ORDER

1. **MOTIONS TO JOIN NEW PARTIES OR TO AMEND PLEADINGS** will be filed by:

   January 15, 2021

   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report furnished by:

   January 4, 2021

3. **EXPERT WITNESSES** for the **defendant** will be named and a report furnished within 30 days of the deposition of the plaintiff's last expert, but not later than:

   February 1, 2021

4. **DISCOVERY** must be completed by:

   March 1, 2021

   The parties may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court; no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed by:

   May 3, 2021

6.    **MEDIATION,** if appropriate, must be completed by:

      July 30, 2021

7.    **JOINT PRETRIAL ORDER** will be filed by:

      September 17, 2021

      Plaintiff is responsible for filing the Pretrial Order on time.

      The **JOINT PRETRIAL ORDER** shall be filed on or before this date even if a motion for continuance is pending. All MOTIONS IN LIMINE shall be submitted with Pretrial Order.   FAILURE TO TIMELY FILE A JOINT PRETRIAL ORDER WILL SUBJECT THIS CASE TO DISMISSAL WITH PREJUDICE in accordance with all applicable rules.

8.    The **PRETRIAL CONFERENCE** will be held at <u>2:00 pm</u> on this date:

      October 13, 2021

9.    Any depositions to be considered at a bench trial shall be submitted to chambers at least five (5) days before trial.

10.    A **JURY TRIAL** is set for 9:30 a.m. on:

      October 18, 2021

      **ETT:** __3__   day(s)

Signed on October 29, 2020 at Houston, Texas.

                                                                                      */s/ Christina A. Bryan*
                                                                                       Christina A. Bryan
                                                                                       United States Magistrate Judge