Case 4:20-cv-02948   Document 43   Filed on 04/15/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY JOHNSON, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No.: 4:20-cv-2948 |
| SAN JACINTO COLLEGE, | § § § | |
| *Defendant*. | § § | |

## **ORDER**

On April 14, 2022, the Parties filed a Joint Notice of Settlement (ECF No. 42) announcing that a settlement has been reached in this action between Plaintiff Billy Johnson and Defendant San Jacinto College. Accordingly, this action is DISMISSED without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this Order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are DENIED without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

Signed at Houston, Texas on April 15, 2022.

Christina A. Bryan
United States Magistrate Judge