United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:20-cv-2948 |
| | § | |
| SAN JACINTO COLLEGE, | § | |
| | § | |
| *Defendant*. | § | |

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Deadline. ECF No. 44. Having considered the Motion, the Court finds that Plaintiff has demonstrated good cause for his request and the Motion (ECF No. 44) is **GRANTED**. It is **ORDERED** that the parties have until June 3, 2022 to move for reinstatement on presentation of adequate proof that the settlement could not be consummated.

Signed on May 12, 2022 at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge